IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY WAYNE URYC, | : | |
| Petitioner, | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | |
| SUPERINTENDENT CAMERON, et al, | : | NO. 16-1527 |
| Respondent. | : | |

## ORDER

**AND NOW**, this 3rd day of March 2017, upon consideration of Mr. Uryc's *pro se* Petition for Writ of *Habeas Corpus* (ECF Doc. No. 1), Respondents' Opposition (ECF Doc. No. 7), Mr. Uryc's Reply (ECF Doc. No. 9) and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Petition for Writ of *Habeas Corpus* (ECF Doc. No. 1) is **DENIED with prejudice**;

2. There is no probable cause to issue a certificate of appealability; and,

3. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.